1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| Florentino Gutierrez, individually and on behalf of all others similarly situated,<br><br>           Plaintiff,<br><br>v.<br><br>Idaho Milk Transport, Inc., Robert Brice, Gene Brice, and Doe One through and including Doe One Hundred,<br><br>           Defendants. | Case No. 1:14-cv-00973-LJO-GSA<br><br>**ORDER**<br><br>Complaint filed: April 28, 2014<br>Date removed: June 20, 2014<br>Trial date: None |
|---|---|

The Court, having received notice of an intent to settle the claims in the above referenced case, hereby orders that the parties shall submit a stipulation of dismissal and a proposed order of dismissal no later than **July 16, 2014**, i.e. 21 days from filing of the notice.  The Scheduling conference will not be vacated until the dispositional documents are filed..  The Court will vacate the scheduled dates in this case once the dispositional documents have been filed.

IT IS SO ORDERED.

    Dated:   **June 27, 2014**                             **/s/ Gary S. Austin**
                                                                  UNITED STATES MAGISTRATE JUDGE