UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLORENTINO GUTIERREZ, individually and on behalf of all similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>IDAHO MILK TRANSPORT, INC., ROBERT BRICE, GENE BRICE, and DOES 1 - 100,<br><br>Defendants. | Case No. 1:14-cv-00973-LJO-GSA<br><br>**ORDER FOR DISMISSAL OF COMPLAINT WITH PREJUDICE BASED ON THE STIPULATION OF ALL PARTIES (Doc. 7)** |

Based on the stipulation of all parties, Doc. 7, and Pursuant to Rule 41(a)(l)(A)(ii) of the Federal Rules of Civil Procedure:

1. Plaintiff's entire complaint against Defendants, as captioned above, including all causes of action alleged therein, is hereby dismissed with prejudice.

2. Plaintiff and Defendants shall each bear their own costs and attorneys' fees incurred in this matter.

IT IS SO ORDERED.

Dated:   **July 9, 2014**          /s/ Lawrence J. O'Neill
                              UNITED STATES DISTRICT JUDGE